IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

STACY BATES and
THERESA BATES,

    Plaintiffs,

v.                                         Civil Action No. 1:24-CV-3

SKANA ALUMINUM COMPANY,
A Wisconsin Corporation,

    Defendant.

## **FINAL DISMISSAL ORDER**

On this day came Plaintiffs Stacy Bates and Theresa Bates, and Defendant Skana Aluminum Company, by their respective counsel, and represented to the Court that the matters between the parties have been settled and resolved and collectively moved the Court to dismiss this action in its entirety, with prejudice, as settled.

It is hereby ORDERED that this civil action is dismissed, with prejudice, with each party to bear their own costs and fees. It is further ORDERED that this civil action shall be removed from the docket of this Court.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

                                            ENTER:  February 13, 2025

                                            */s/ Thomas S. Kleeh*

                                            THOMAS S. KLEEH
                                            CHIEF UNITED STATES DISTRICT JUDGE

APPROVED BY:

/s/ *Christopher B. Denson*
Christopher B. Denson, Esq. (WVSB # 8031)
Taylor Law Office
330 Scott Avenue, Suite 3
Morgantown, WV  26508
Phone: 304-225-8529
Fax: 304-225-8531
cdenson@taylorlawofficewv.com


/s/ *J. Ryan Stewart*
J. Ryan Stewart, Esq. (WVSB # 10796)
Jayson T. Hamrick (WVSB #13623)
Bailey Javins & Carter, LC
213 Hale Street
Charleston, WV 25301
Phone: (304) 345-0346
Fax: (304) 345-0375
rstewart@bjc4u.com
jhamrick@bjc4u.com

Eric M. Hayhurst, Esq.
Hayhurst Law PLLC
34 Commerce Drive, Suite 203
Morgantown, WV 26501
eric@hayhurstlaw.com